

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Brent Bates Builders, Inc. and
Brent Bates, individually,

Vs. No. 11-13-00119-CV

Rahul Malhotra, individually and d/b/a
the Malhotra Law Firm; Venit Malhotra,
individually and d/b/a the Malhotra Law
Firm; and Salvador Villalobos,

\* From the 238th District
  Court of Midland County,
  Trial Court No. CV48540.

\* March 14, 2014

\* Memorandum Opinion by Willson, J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Brent Bates Builders, Inc. and Brent Bates, individually.